IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

HOPE WRIGHT,

    Plaintiff,

v.                                                           Civil Action No. 3:21cv229

ENCOMPASS HOME HEALTH
OF CENTRAL VIRGINIA, LLC, *et al.*,

    Defendants.

## MEMORANDUM ORDER

On April 6, 2021, Plaintiff Hope Wright brought this three-count action against Defendants Encompass Home Health of Central Virginia, LLC dba Encompass Health Home Health and Encompass Home Health of the Mid Atlantic, LLC dba Encompass Health Home Health & Hospice (collectively, "Defendants"), alleging violations of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101. (ECF No. 1.) Defendants never responded or otherwise appeared. On June 29, 2021, the Court received a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1] (ECF No. 2.) In the Notice of Voluntary Dismissal, Wright voluntarily moves to dismiss this action with prejudice. Because Wright filed the Notice of Voluntary Dismissal before Defendants filed a responsive pleading or answer, the Court DISMISSES this action and all claims against Defendants WITH PREJUDICE.

---

[1] That rule provides in pertinent part: "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

The Court DIRECTS the Clerk to send a copy of this Memorandum Order to Wright and counsel of record.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 6/30/21
Richmond, Virginia